

ORDERED in the Southern District of Florida on October 26, 2022.

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In Re:
MARCEL A. CAPO,                                    Case No.: 22-17754 AJC
    Debtor.                                           Chapter 13
_____/

### ORDER GRANTING DEBTOR'S MOTION TO CONTINUE THE AUTOMATIC STAY

THIS MATTER having come before this Court on this 25th day of October 2022 at 9:00 a.m. upon Debtor's Motion to Continue the Automatic Stay [DE 9] and the Court being otherwise fully appraised in its premises, it is:

**ORDERED and ADJUDGED** as follows:

    1. The Motion to Continue the Automatic Stay [DE 9] is GRANTED.

    2. The automatic stay shall continue in this case until further order of the court, effective as to all creditors.

    3. All plan payments held by the Chapter 13 trustee shall be non-refundable and held in trust for the secured creditors as adequate protection, and in trust for priority and administrative creditors.

# # #

Submitted by:
Law Offices of Samir Masri, 901 Ponce de Leon Blvd., Suite 101, Coral Gables, FL 33134
*Attorney, Samir Masri, is hereby directed to serve a copy of this order upon all interested parties and file a Certificate of Service.